AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  20-3514

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Vesper Holdings, LLC

was received by me on *(date)*  09/05/2020  .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Mr. Gibbons, Manager  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Vesper Holdings, LLC

at 1031 Germantown Avenue, Phila., PA 19123 at 1:44 pm  on *(date)*  09/05/2020  ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  09/08/2020

_____
*Server's signature*

George Phillips, Process Server
*Printed name and title*

Dennis Richman's Services
1500 JFK Boulevard, Suite 1315
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:
 Physical Description:
 Sex: Male  Race: Caucasian  Age: 30  Weight: 235  Height: 5'10"  Hair: Black

P181675